**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| **REGIONS BANK,** )<br>)<br>    **Plaintiff,**    )<br>)<br>**v.**    )<br>)<br>**FLORIDA INSTITUTE FOR**    )<br>**NEUROLOGIC**    )<br>**REHABILITATION, INC.;**    )<br>**FINR II, INC.;**    )<br>**FINR III, LLC;**    )<br>**FINR III, INC.;**    )<br>**FING II, INC.;**    )<br>**TRAUMATIC BRAIN**    )<br>**EDUCATION ADULT**    )<br>**COMMUNITY HOME, INC.; and**    )<br>**JOSEPH BRENNICK,**    )<br>)<br>    **Defendants.**    )<br>                                )    | **Civil Action No. 8:13-cv-00047-MSS-TBM** |

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(c), I certify that the instant action:

  X     IS        Related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

The cases listed below are all filed as Chapter 11's in the United States Bankruptcy Court, Middle District of Florida, Tampa Division:

In re:
TRAUMATIC BRAIN EDUCATION ADULT COMMUNITY
HOME, INC., Debtor - Case No.: 8:13-bk-00097

In re:
FLORIDA INSTITUTE FOR NEUROLOGIC REHABILITATION,
INC., Debtor - Case No.: 8:13-bk-00102

SAD01 531009 v1
1039340-000113  01/14/2013

In re:
FINR II, INC., Debtor - Case No.: 8:13-bk-00103

In re:
FINR III, LLC, Debtor - Case No.: 8:13-bk-00104

In re:
FINR III, INC., Debtor - Case No.: 8:13-bk-00105

In re:
FING II, INC., Debtor - Case No.: 8:13-bk-00107

_____   IS NOT   Related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: January 14, 2013

/s/ Zachary J. Bancroft
Zachary J. Bancroft
Florida Bar No.: 0145068
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
Bank of America Center
390 North Orange Avenue
Post Office Box 1549
Orlando, Florida 32802
Telephone:  (407) 422-6600
Facsimile: (407) 841-0325
Email:  zbancroft@bakerdonelson.com

AND

Timothy M. Lupinacci
Alabama State Bar No. ASB-7626-L64T
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
420 North 20th St., Ste. 1400
Birmingham, AL  35203
Telephone:  (205) 328-0480
Facsimile: (205) 322-8007
Email:  tlupinacci@bakerdonelson.com

***Attorneys for Plaintiff Regions Bank***